UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Natalja Vildziuniene<br><br><br><br>Natalja Vildziuniene<br>Debtor(s)<br><br>Kevin P. LaRoe<br>Plaintiff(s)<br><br><br>Defendant(s) | BK No.: 19-22967<br><br>Chapter: 11<br>Honorable Timothy A. Barnes<br><br><br>Adv. No.: 20-00254 |

## DEFAULT

This matter came on to be heard on the motion of Natalja Vildziuniene, debtor and debtor in possession and plaintiff in this proceeding, pursuant to Fed. R. Bankr. P. 7055 and Federal Rule of Civil Procedure 55 (a) and (b) for the entry of default and default judgment against Kevin P. LaRoe; the Plaintiff having provided due notice of the motion; Kevin P. LaRoe having been timely served with the Summons and Complaint and having failed to appear, plead, or otherwise defend in this proceeding; the Court having conducted a hearing on the motion and being advised in the premises, orders as follows:

In accordance with Fed. R. Bankr. P. 7055 and Federal Rule of Civil Procedure 55(a), default is hereby entered against Kevin P. LaRoe.

Enter:

United States Bankruptcy Judge

Dated: January 25, 2021

**Prepared by:**
Bruce de'Medici (ARDC #6184818)
de'Medici Law
834 Forest Avenue
Oak Park, Illinois 60302

Rev: 20130103_apo

Tel: 312.731.6778
Email: bdemedici@bdemlaw.com

Rev: 20130103_apo