UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-22967 |
|---|---|---|
| Natalja Vildziuniene | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) | |
| Natalja Vildziuniene | ) | Adv. No.: 20-00254 |
| Plaintiff(s) | ) | |
| Kevin P. LaRoe | ) | |
| Defendant(s) | ) | |

## JUDGMENT

This matter came on to be heard on the motion of Natalja Vildziuniene, debtor and debtor in possession and plaintiff in this proceeding, pursuant to Fed. R. Bankr. P. 7055 and Federal Rule of Civil Procedure 55 (a) and (b) for the entry of default and default judgment against Kevin P. LaRoe; the Plaintiff having provided due notice of the motion; Kevin P. LaRoe having been timely served with the Summons and Complaint and having failed to appear, plead, or otherwise defend in this proceeding; the Court having conducted a hearing on the motion and being advised in the premises, orders as follows:

1. Judgment is hereby entered in favor of Natalja Vildziuniene and against Kevin P. LaRoe.

2. Pursuant to 11 U.S.C. §363(h), Natalja Vildziuniene may sell both the estate's interest and any interest of Kevin P. LaRoe pursuant to order of this Court under 11 U.S.C. §363(b) in the realty commonly known as 3224 N. Ottawa Avenue, Chicago, Illinois and legally described as LOT 15 IN BLOCK 8 IN GAUNTLETT, FEUERBORN AND KLODE'S BELMONT HEIGHTS ADDITION, BEING A SUBDIVISION OF THE EAST 1/2 OF THE EAST 1/2 OF THE SOUTHWEST FRACTIONAL QUARTER OF SECTION 24, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS and in the realty commonly known as 3543 N. Plainfield, Chicago, Illinois and legally described as LOT 12 IN BLOCK 2 IN GEORGE GAUNTLETI'S FOREST DRIVE SUBDIVISION IN THE WEST 1/2 OF FRACTIONAL SOUTHEAST 1/4 NORTH OF THE INDIAN BOUNDARY LINE, OF FRACTION SECTION 23, TOWNSHIP 40 NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Enter:

United States Bankruptcy Judge

Dated: January 25, 2021

Rev: 20130103_apo

**Prepared by:**

Bruce de'Medici (ARDC #6184818)
de'Medici Law
834 Forest Avenue
Oak Park, Illinois 60302
Tel: 312.731.6778
Email: bdemedici@bdemlaw.com